1  **DAVID A. TORRES AND ASSOCIATES**
   David A. Torres, SBN135059
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (6610326-0857
   Fax: (661)326-0936
4  Email: lawtorres@aol.com

5  Attorney for:
   ARNOLDO RUELAS
6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE EASTERN DISTRICT of CALIFORNIA**

10

11 UNITED STATES OF AMERICA,       ) Case No.: Case No.13-CR-00222
                                   )
12              Plaintiff,         )
                                   ) **STIPULATION AND ORDER TO**
13       vs.                       ) **AMEND CONDITIONS OF RELEASE**
                                   ) **RE: PROPERTY BOND**
14 ARNOLDO RUELAS,                 )
                                   )
15              Defendant          )

16 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

17 ANTHONY W. ISHII AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES

18 ATTORNEY:

19       **COMES NOW** Defendant, ARNOLDO RULEAS, by and through his attorney of record,

20 DAVID A. TORRES hereby requests that additional property, owned by Elisabet Erica Ruelas,

21 be included in the terms of conditions of release, Section Q.  I have spoken to AUSA Kimberly

22 Sanchez, she has no objection to the amendment.

23 //

24 //

25 //

Summary of Pleading - 1

**IT IS SO STIPULATED.**

                                              Respectfully Submitted,

DATED: 12/17/2013                              */s/ David A Torres*
                                              DAVID A. TORRES
                                              Attorney for Defendant
                                              ARNOLDO RUELAS

DATED: 12/17/2013                              */s/Kimberly Sanchez*
                                              KIMBERLY SANCHEZ
                                              Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the terms of conditions, Section Q, be amended to include property owned by Elisabet Erica Ruelas.


IT IS SO ORDERED.

   Dated:  **December 20, 2013**                **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE