**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
ARNOLDO RUELAS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>ARNOLDO RUELAS,<br><br>             Defendant | Case No.: Case No.13-CR-222 AWI-BAM<br><br>**STIPULATION AND  ORDER TO CONTINUE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

BARBARA MCAULIFFE AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES

ATTORNEY:

   **COMES NOW** Defendant, ARNOLDO RUELAS, by and through his attorney of record,

DAVID A. TORRES hereby requesting that the Status Conference currently set for Monday,

February 10, 2014 be continued to Monday, March 10, 2014.

   AUSA Kim Sanchez has sent a plea proposal in the matter of U.S vs. Arnoldo Ruelas.  I

would like an opportunity to discuss the plea proposal with my client as well as conduct research

and explore other options which may militate to reduce Mr. Ruelas' prison exposure.

    I have spoken to AUSA Kim Sanchez, and she has no objection to continuing the Status

Conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 2/6/14                              */s/ David A Torres*
                                           DAVID A. TORRES
                                           Attorney for Defendant
                                           ARNOLDO RUELAS


DATED: 2/6/14                              */s/Kimberly Sanchez*
                                           KIMBERLY SANCHEZ
                                           Assistant U.S. Attorney


# ORDER

**IT IS SO ORDERED** that the 4th Status Conference hearing is continued from February 10, 2014 to March 10, 2014 at 1:00 PM before Judge McAuliffe. Time is excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).


Dated:   **February 6, 2014**                    **/s/ Barbara A. McAuliffe**
                                                 UNITED STATES MAGISTRATE JUDGE