# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**
MAY 27 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**United States of America**
vs.
Arnoldo Ruelas

Case No. 1:13CR00222 AWI/BAM-001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Arnoldo Ruelas_____, have discussed with _____Francisco J. Guerrero_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the home detention component of the Location Monitoring Program with electronic monitoring or other location verification system is modified from the home detention component to the curfew component of the Location Monitoring Program. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_/s/ AelRu_   5-21-14        _/s/ Francisco J. Guerrero_   May 21, 2014
Signature of Defendant   Date     Pretrial Services Officer Services   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____     _____
Signature of Assistant United States Attorney     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_/s/ Defense Counsel_     23 MAY 14
Signature of Defense Counsel     Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on  5/27/14 .
☐ The above modification of conditions of release is *not* ordered.

_/s/ Jennifer L. Thurston_     5/27/14
Signature of Judicial Officer     Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>vs.<br>Arnoldo Ruelas | Case No. 1:13CR00222 AWI/BAM-001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Arnoldo Ruelas_____, have discussed with _____Francisco J. Guerrero_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the home detention component of the Location Monitoring Program with electronic monitoring or other location verification system is modified from the home detention component to the curfew component of the Location Monitoring Program. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_  5-21-14   _[signature] Francisco J. Guerrero_  May 21, 2014
Signature of Defendant   Date   Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_   5/23/14
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature scribbled out]_   23 MAY 14
Signature of Defense Counsel   Date

### ORDER OF THE COURT
[✓] The above modification of conditions of release is ordered, to be effective on  5/27/14 .
[ ] The above modification of conditions of release is *not* ordered.

_Jennifer L. Thurst_   5/27/14
Signature of Judicial Officer   Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services