**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ARNOLDO RUELAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARNOLDO RUELAS,<br><br>Defendant | ) Case No.: Case No.13-CR-222 AWI-BAM<br>)<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE STATUS CONFERENCE**<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

BARBARA MCAULIFFE AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES

ATTORNEY:

**COMES NOW** Defendant, ARNOLDO RUELAS, by and through his attorney of record,

DAVID A. TORRES hereby requesting that the Status Conference currently set for Monday,

June 23, 2014 be continued to Monday, July 28, 2014.

I have been in communication with AUSA Kim Sanchez regarding settlement

negotiations and anticipate a resolution with 45 days. AUSA Kim Sanchez, has no objection to

continuing the Status Conference.

The parties also agree the delays resulting from the continuance shall be excluded in the

interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

**IT IS SO STIPULATED.**

|  | Respectfully Submitted, |
|---|---|
| DATED: 6/18/14 | */s/ David A Torres* <br> DAVID A. TORRES <br> Attorney for Defendant <br> ARNOLDO RUELAS |
| DATED: 6/18/14 | */s/Kimberly Sanchez* <br> KIMBERLY SANCHEZ <br> Assistant U.S. Attorney |

## ORDER

**IT IS SO ORDERED** that the 6th Status Conference hearing is continued from June 23, 2014 to July 28, 2014 at 1:00 p.m. before Judge McAuliffe. Time excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated:   **June 19, 2014**                              /s/ Barbara A. McAuliffe
                                                       UNITED STATES MAGISTRATE JUDGE