

**FILED**

DEC 1 2 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
        DEPUTY CLERK

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

United States of America )
vs. )
Arnoldo Ruelas )
)

**Case No.** 1:13CR00222 AWI/BAM-001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Arnoldo Ruelas_____ , have discussed with _____Francisco J. Guerrero_____ , Pretrial Services
Officer, modifications of my release conditions as follows:

The condition requiring a $100,000 property bond shall be modified to reduce the amount of the property bond to
$90,000, secured by the property owned by Valentin and Paulina Aguilar.   The property owned by Erica Ruelas
shall be removed from the bond.   All other conditions not in conflict with this order shall remain in full force and
effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____      12-11-14           _____      12/11/2014
Signature of Defendant       Date                Pretrial Services Officer     Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                          _____
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                          12/11/2014
Signature of Defense Counsel                     Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  December 12, 2014.

[ ] The above modification of conditions of release is *not* ordered.

_____                          December 12, 2
Signature of Judicial Officer                    Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services