IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARNOLDO RUELAS,<br><br>　　　　　　Defendant. | CASE NO.  1:13-CR-00222-AWI<br><br>STIPULATION AND ORDER TO SET A CHANGE OF PLEA HEARING |

　　　IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Carol Moses, attorney for the defendant, that a change of plea hearing be set for Monday, August 10, 2015 at 10:00 a.m. before the Honorable Anthony W. Ishii.

Dated: August 4, 2015　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By　 /s/ Kimberly A. Sanchez
　　　　　　　　　　　　　　　　　　　　　　　KIMBERLY A. SANCHEZ
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: August 4, 2015　　　　　　　　　　　　　　/s/ Carol Moses
　　　　　　　　　　　　　　　　　　　　　　　　　CAROL MOSES
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

IT IS SO ORDERED.

Dated:   August 4, 2015　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE