BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>ARNOLDO RUELAS,<br> AKA "BENA",<br><br>         Defendant. | CASE NO. 1:13-CR-00222-AWI-BAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

  Based upon the plea agreement entered into between United States of America and defendant Arnoldo Ruelas aka "Bena", it is hereby ORDERED, ADJUDGED AND DECREED as follows:

  1. Pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), defendant Arnoldo Ruelas' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. A sawed-off shotgun;

    b. A Charter Arms snubbed nose 38 revolver;

    c. A Kel-Tec .380 caliber semi-automatic pistol;

    d. A sub-machine gun-style pistol;

    e. All ammunition seized in this case;

    f. Ten (10) grow lamps, brand: Magnum XXXL Reflector;

PRELIMINARY ORDER OF FORFEITURE         1

    g. Six (6) grow light converters, brand: Harvest Pro SW .

  2. The above-listed assets constitute property that was involved in or used in any knowing violation of 18 U.S.C. § 924(c), and is property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. § 841(a)(1).

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Homeland Security Investigations, Customs and Border Protection in its secure custody and control.

  4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

  5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: August 13, 2015       _____
                 SENIOR DISTRICT JUDGE

PRELIMINARY ORDER OF FORFEITURE   2