**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, Arnoldo Ruelas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>ARNOLDO RUELAS,<br><br>              Defendant. | CASE NO.  1:13-cr-00222-AWI-BAM<br><br>**AMENDED<br>REQUEST TO EXONERATE PROPERTY BOND; ORDER THEREON** |

Defendant, Arnoldo Ruelas, by and through his counsel of record, Carol Ann Moses, hereby requests that the following property posted as collateral in the above referenced matter be exonerated and the Deed of Trust returned.

Owner of Record:     Valentin Aguilar and Paulina Aguilar, husband and wife.

Deed Number:         0214001517 – filed January 14, 2014, APN #090-224-17, bond amount $90,000.

///
///
///
///
///
///
///

This request is based on the fact that Defendant, ARNOLDO RUELAS, was remanded into federal custody on July 23, 2015, by Magistrate Judge Stanley A. Boone. He changed his plea on August 10, 2015. His sentencing is scheduled for October 26, 2015.

Respectfully submitted,

DATED:  October 1, 2015                    /s/ Carol Ann Moses
                                           CAROL ANN MOSES
                                           Attorney for Defendant, ARNOLDO RUELAS

[PROPOSED] ORDER

It is hereby ORDERED that the property bond posted by Valentin Aguilar and Paulina Aguilar in the above entitled matter be exonerated and reconveyed to Valentin Aguilar and Paulina Aguilar.

IT IS SO ORDERED.

Dated:   October 1, 2015                   _____
                                           SENIOR  DISTRICT  JUDGE