1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93711
3  Telephone:  (559) 449-9069
4  Facsimile:    (559) 513-8530

5  Attorney for Defendant, Arnoldo Ruelas

8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,   | CASE NO.  1:13-cr-00222-AWI-BAM
12 |          Plaintiff,         |
13 |     v.                      | **AMENDED**
   |                             | **REQUEST TO EXONERATE PROPERTY**
14 | ARNOLDO RUELAS,             | **BOND; ORDER THEREON**
15 |          Defendant.         |

17     Defendant, Arnoldo Ruelas, by and through his counsel of record, Carol Ann Moses,
18 hereby requests that the following property posted as collateral in the above referenced matter be
19 exonerated and the Deed of Trust returned.
20     Owner of Record:    Elisabet Erica Ruelas
21     Deed Number:        0214001518 – filed January 14, 2014, APN #023-433-10, bond
22                         amount $10,000.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

This request is based on the fact that Defendant, ARNOLDO RUELAS, was sentenced on October 26, 2015, and is currently in federal custody.

It is respectfully requested that the bond be exonerated and title to the real property reconveyed.

Respectfully submitted,

DATED:  June 8, 2016         /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant, ARNOLDO RUELAS

ORDER

It is hereby ORDERED that the property bond deed # 0214001518 posted by Elisabet Erica Ruelas in the above entitled matter be exonerated and reconveyed to Elisabet Erica Ruelas.

IT IS SO ORDERED.

Dated:   June 16, 2016                              _____
SENIOR  DISTRICT  JUDGE

REQUEST TO EXONERATE
PROPERTY BOND

2